IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| T PENINSULA AXIS VA, LLC, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:20CV141 (RCY) |
| | ) | |
| PENINSULA TOWN CENTER | ) | |
| COMMUNITY DEVELOPMENT | ) | |
| AUTHORITY, *et al.,* | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Partial Summary Judgment (ECF No. 54). For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion for Partial Summary Judgment (ECF No. 54) is GRANTED.  It is hereby DECLARED that Plaintiffs are entitled to the release of the Additional Reserve Fund.

Let the Clerk file this Order and the accompanying Memorandum Opinion electronically and notify all counsel accordingly

It is so ORDERED.

_____/s/_____
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: August 12, 2022